# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00181-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| R. Honeycutt | ) | |
| Amy Jenkins | ) | |
| Daniel Brown | ) | |
| Jeffrey Duncan | ) | |
| FNU Chapman | ) | |
| FNU Bruce | ) | |
| FNU Jepsum | ) | |
| FNU Brown | ) | |
| Pamela Burr | ) | |
| Matthew Pennell | ) | |
| S. Hall | ) | |
| FNU Morrison | ) | |
| Alexander Correctional Institute | ) | |
| Todd Ishee | ) | |
| Peter Buchholtz | ) | |
| Bradeshawn Harris | ) | |
| Gary Junker | ) | |
| Valerie Langley | ) | |
| Arthur Campbell | ) | |
| Debra Fitzgerald | ) | |
| Jerry Laws, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2024 Text Order.

June 18, 2024

Katherine Hord Simon, Clerk
United States District Court